UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District of Texas~~

**ENTERED**

December 06, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Miguel Cavazos, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-22-2963 |
| | § | |
| Rushmore Loan Management | § | |
| Services, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Judgment

1.   Having received the parties' agreed judgment, the case is dismissed with prejudice.

2.   The court retains the jurisdiction to enforce the settlement.

3.   By and through Defendant Rushmore Loan Management Services, its successors and assigns, the beneficiary of the Deed of Trust, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("U.S. Bank") is entitled to proceed with the foreclosure[1] of the property commonly known as 11410 Valley Spring Drive, Houston, Texas 77043 and is more particularly described as:

>   Lot 144, Whispering Oaks Subdivision, Section Two, as shown on plat recorded at Volume 6, pages 64-66 of the plat records of Wilson County, Texas.

4.   Rushmore and U.S. Bank, and their successors and assigns is entitled to

---

[1] Subject to the limitations as set forth exclusively in the Settlement Agreement of the Parties.

proceed with a non-judicial foreclosure sale under the terms of the Security Instrument, Tex. Prop. Code § 51.002, and applicable law with respect to the secured Property made the subject of this proceeding.

5.   The plaintiffs shall bear the costs, expenses, and attorney's fees as detailed in the Settlement Agreement. The plaintiff bear his own costs, expenses, and attorney's fees.

6.   This judgment finally disposes of all parties and all claims and is appealable. (14)

Signed on December __5__, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge